1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BRIGID S. MARTIN (CABN 231705)
   Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, California 94612
6     Telephone: (510) 637-3680
      FAX: (510) 637-3724
7     brigid.martin@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12

13
                                         )  CR 15-00197 JD
14  UNITED STATES OF AMERICA,            )
                                         )
15                                       )  ORDER OF DETENTION
                                         )  PENDING TRIAL
16       v.                              )
                                         )
17  TONY MILLER,                         )
                                         )
18       Defendant.                      )
                                         )
19

20       Defendant Tony Miller is charged with being a felon in possession of a firearm, in violation of

21  18 U.S.C. §922(g)(1).

22       On April 13, 2015, the defendant was arraigned on the Indictment, and the government moved

23  for the defendant's detention pursuant to 18 U.S.C. § 3142, and requested a detention hearing as

24  permitted by 18 U.S.C. § 3142(f).  On April 14, 2015, the defendant waived detention but retained the

25  right to have a full bail hearing at a later date.  On June 2, 2015, pursuant to the defendant's request, the

26  Court held a full detention hearing pursuant to 18 U.S.C. § 3142(f).

27       After considering the Pretrial Services bail study and oral proffers of counsel as reflected on the

28  record, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered the defendant detained,

Order of Detention
CR 15-00197 JD

finding that the government had met its burden of showing by clear and convincing evidence that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the community.

Specifically, the Court took note of the defendant's criminal history as reflected in the Pretrial Services bail study and summarized by the government at the hearing, including that the defendant had sustained nine felony convictions between 2004 and 2013, and that many of these convictions occurred while defendant was on court supervision. Additionally, the defendant was on court supervision at the time he committed the offense charged in the federal Indictment. The Court found that these facts demonstrate that the defendant would be a danger to the community if released. Therefore, the defendant is ordered detained as no condition or combination of conditions will reasonably assure the safety of any other person and the community.

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with counsel. 18 U.S.C. § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for court appearances. 18 U.S.C. § 3142(i)(4).

IT IS SO ORDERED.

DATED: June 3, 2015

HON. DONNA M. RYU
United States Magistrate Judge

Order of Detention
CR 15-00197 JD